UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| BRIAN DUNNIGAN,<br>　　　　　　Plaintiff<br><br>v.<br><br>YORK COUNTY, WILLIAM KING, ERIC DAIGNEAULT, DONOVAN CRAM, and MATTHEW ROCCHIO,<br>　　　　　　Defendants | Docket No. 2:19-cv-00450-GZS |

## ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS YORK COUNTY AND WILLIAM KING

NOW COME Defendants York County and William King, through counsel, and hereby answer and affirmatively defend Plaintiff's Complaint as follows:

### AFFIRMATIVE DEFENSES

A.  Plaintiff's Complaint fails to state a cause of action upon which relief may be granted.

B.  Plaintiff's damages were directly and proximately caused by the acts and/or omissions of an individual and/or entity other than these Defendants.

C.  Plaintiff's damages were directly and proximately caused by a legally sufficient superseding/intervening cause.

D.  Plaintiff has failed to mitigate his damages as required by law.

### ANSWER

#### Introduction

1.  These Defendants admit that on February 16, 2018, Plaintiff Brian Dunnigan was

1

transported to the York County Jail by the Ogunquit Police Department.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the remaining allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

2. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

3. These Defendants admit that the Plaintiff was released from the York County Jail on February 17, 2018.  These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the remaining allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

Parties

4. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

5-6. These Defendants admit the allegations contained in these paragraphs of Plaintiff's Complaint.

7. These Defendants admit that Eric Daigneault was a corrections officer employed by York County in February of 2018.

8. These Defendants admit that Donovan Cram was a corrections officer employed by York County in February of 2018.

9. These Defendants admit that Matthew Rocchio was a corrections officer employed by York County in February of 2018.

Jurisdiction

10. The allegations in this paragraph of Plaintiff's Complaint do not require a response. To the extent a response is required, these Defendants agree that this court has jurisdiction over these claims.

General Allegations

11-12. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in these paragraphs of Plaintiff's Complaint and therefore deny same.

13. These Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

14-34. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in these paragraphs of Plaintiff's Complaint and therefore deny same.

Count I - 42 U.S.C. § 1983, 5 M.R.S. § 4682 (Cpl. Daigneault)

35. These Defendants repeat and reassert their responses to each of the above paragraphs of Plaintiff's Complaint as if fully set forth herein.

36-42. These allegations do not pertain to these Defendants. To the extent these Defendants as required to respond to any allegations contained in these paragraphs of Plaintiff's Complaint, these Defendants deny all such allegations.

43. WHEREFORE, these Defendants pray for judgment in their favor against the Plaintiff on this count of Plaintiff's Complaint, plus costs, interest, and attorneys fees.

### Count II - 42 U.S.C. § 1983, 5 M.R.S. § 4682 Municipal Liability
### (York County and Sheriff King, Official Capacity)

44. These Defendants repeat and reassert their responses to each of the above paragraphs of Plaintiff's Complaint as if fully set forth herein.

45-47. These Defendants deny the allegations contained in these paragraphs of Plaintiff's Complaint.

48-56. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in these paragraphs of Plaintiff's Complaint and therefore deny same.

57-59. These Defendants deny the allegations contained in these paragraphs of Plaintiff's Complaint.

60. WHEREFORE, these Defendants pray for judgment in their favor against the Plaintiff on this count of Plaintiff's Complaint, plus costs, interest, and attorneys fees.

### Count III - 42 U.S.C. § 1983, 5 M.R.S. § 4682 Failure to Intervene
### (Officer Cram, Officer Rocchio)

61. These Defendants repeat and reassert their responses to each of the above paragraphs of Plaintiff's Complaint as if fully set forth herein.

62-64. These allegations do not pertain to these Defendants. To the extent these Defendants as required to respond to any allegations contained in these paragraphs of Plaintiff's Complaint, these Defendants deny all such allegations.

65. WHEREFORE, these Defendants pray for judgment in their favor against the Plaintiff on this count of Plaintiff's Complaint, plus costs, interest, and attorneys fees.

Dated:  December 17, 2019               /s/   Peter T. Marchesi
                                        Peter T. Marchesi, Esq.

   /s/   Cassandra Shaffer
Cassandra S. Shaffer, Esq.

Wheeler & Arey, P.A.
Attorneys for Defendants York County and
     William King
27 Temple Street
Waterville, ME   04901

UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| BRIAN DUNNIGAN,<br>　　　　　　Plaintiff<br><br>v.<br><br>YORK COUNTY, WILLIAM KING, ERIC DAIGNEAULT, DONOVAN CRAM, and MATTHEW ROCCHIO,<br>　　　　　　Defendants | Docket No. 2:19-cv-00450-GZS |

## CERTIFICATE OF SERVICE

I, Peter T. Marchesi, hereby certify that:

● Answer and Affirmative Defenses of Defendants York County and King

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

　　　　　　Benjamin Donahue, Esq.　　*bdonahue@hww.law*
　　　　　　John Wall, Esq.　　　　　　*jwall@monaghanleahy.com*

Dated: December 17, 2019　　　　　　　　　／s／　Peter T. Marchesi
　　　　　　　　　　　　　　　　　　　　　Peter T. Marchesi, Esq.
　　　　　　　　　　　　　　　　　　　　　Wheeler & Arey, P.A.
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　27 Temple Street
　　　　　　　　　　　　　　　　　　　　　Waterville, ME  04901

6