UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| BRIAN DUNNIGAN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 1:19-cv-00450-GZS |
| | ) | |
| YORK COUNTY, et al., | ) | |
| | ) | |
| Defendants | ) | |

**PROCEDURAL ORDER**

On January 21, 2021, the Court conducted a telephonic conference with counsel to discuss the status of the case. As discussed on the record and in accordance with the parties' agreement, the stay of the deadlines will continue until further order of the Court. Unless the parties jointly request a telephonic conference by April 1, 2021, to discuss the stay, and if Defendants want the stay to continue in effect, Defendants shall file a motion to continue the stay on or before April 15, 2021. Whenever the stay is lifted, the Court will convene a telephonic conference to establish a scheduling order to govern the future course of the case.

During the conference, Plaintiff raised an issue regarding his request for a copy of the terms by which a county risk pool might provide coverage for Defendants for the claims asserted by Plaintiff. Defendants maintain the terms are not discoverable. If the parties cannot resolve the issue by April 1, 2021, the Court authorizes Plaintiff to file a motion to compel production of the coverage terms, provided Plaintiff must file the motion on or before April 15, 2021.

## **NOTICE**

Any objections to this Order shall be filed in accordance with Federal Rule of Civil Procedure 72.

/s/ John C. Nivison<br>U.S. Magistrate Judge

Dated this 21st day of January, 2021.